IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY C. BENNETT
ADC #600216                                                                PLAINTIFF

v.                          No: 4:12-cv-134-DPM

BRUCE PENNINGTON, Sheriff,
Saline Co.; DON BIRDSONG,
Jail Administrator, Saline Co. Jail;
MICHAEL RICHARDS, Sgt., Saline Co. Jail;
RYAN McKINNEY, Sgt., Saline Co. Jail;
JIMMY LESTER, Sgt., Saline Co. Jail;
DAVID COLSON, Officer, Saline Co. Jail;
NANCY SHELNUT, Officer, Saline Co. Jail;
ERIC BROWN, Officer, Saline Co. Jail                           DEFENDANTS

JUDGMENT

Bennett's complaint against Pennington, Birdsong, Richards, McKinney, Lester, Colson, Shelnut, and Brown is dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

3 October 2012